S. Jordan Walsh (SBN 13481)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
sjwalsh@hollandhart.com

*Attorneys for Plaintiff*
*Glanbia Nutritionals, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLANBIA NUTRITIONALS, INC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LEACH LOGISTICS INC.,<br><br>Defendant. | Case No. 3:23-cv-00428-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR IA 11-6(b), Plaintiff Glanbia Nutritionals, Inc. ("Glanbia") and Defendant Leach Logistics Inc., hereby stipulate to the withdrawal of attorney Dora V. Lane, as counsel of record for Glanbia, and request that she be removed from the Court's service list with respect to this case. Glanbia will continue to be represented by S. Jordan Walsh of Holland & Hart LLP.

DATED: September 12, 2023.           HOLLAND & HART LLP

                                     By: */s/ Dora V. Lane*
                                         Dora V. Lane (SBN 8424)
                                         5441 Kietzke Lane, Second Floor
                                         Reno, Nevada 89511
                                         Tel. 775-327-3000
                                         dlane@hollandhart.com
                                         Attorneys for Plaintiff

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | DATED: September 12, 2023. | HOLLAND & HART LLP |
| 2 | | |
| 3 | | By:   */s/ S. Jordan Walsh* <br>     S. Jordan Walsh (SBN 13481) |
| 4 | |     5441 Kietzke Lane, Second Floor <br>     Reno, Nevada 89511 |
| 5 | |     Tel. 775-327-3000 <br>     sjwalsh@hollandhart.com |
| 6 | |     Attorneys for Plaintiff |
| 7 | DATED:  September 12, 2023. | CASTRONOVA LAW OFFICES, P.C. |
| 8 | | By:   */s/ Stephen G. Castronova* |
| 9 | |     Stephen G. Castronova (SBN 7305) <br>     605 Forest Street |
| 10 | |     Reno, NV  89509 <br>     Tel: (775) 323-2646 |
| 11 | |     sgc@castronovalaw.com <br>     Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: September 12, 2023

30489688_v1