L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
CARA T. LAURSEN, ESQ.
Nevada Bar No. 14563
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666, Telephone
(702) 362-2203, Facsimile
rgreen@sjwlawfirm.com
claursen@sjwlawfirm.com
*Attorneys for Defendant,*
*LEACH LOGISTICS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLANBIA NUTRITIONALS, INC., a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LEACH LOGISTICS, INC.,<br><br>Defendants. | Case No. 3:23-cv-00428-LRH-CLB<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEYS L. RENEE GREEN, ESQ. AND CARA T. LAURSEN, ESQ. FROM THE ELECTRONIC SERVICE LIST** |

Defendant, LEACH LOGISTICS, INC., by and through its attorneys of record, L. RENEE GREEN, ESQ. and CARA T. LAURSEN, ESQ., of the law firm of SCHNITZER JOHNSON & WATSON, CHTD., hereby files this Motion to request that the Court remove L. Renee Green, Esq., and Cara T. Laursen, Esq. from the Electronic Service List.

L. Renee Green, Esq. and Cara T. Laursen, Esq. are no longer counsel of record in this case. Stephen Castronova, Esq. was Leach Logistics, Inc.'s ("Leach Logistics") counsel of record since the litigation commenced and continues to remain counsel of record. As a result, Mr. Castronova should continue to receive notifications via the Electronic Service List.  Given Mr. Castronova's

continued appearance and representation of Leach Logistics, no party will be prejudiced by Ms. Green or Ms. Laursen's withdrawal.

Accordingly, the undersigned respectfully requests that the Court remove Ms. Green or Ms. Laursen's name as counsel for Defendant, LEACH LOGISTICS, INC.

DATED this 28th day of May, 2024.

        SCHNITZER JOHNSON & WATSON, CHTD.

        */s/ L. Renee Green*
        L. RENEE GREEN, ESQ.
        Nevada Bar No. 12755
        CARA T. LAURSEN, ESQ.
        Nevada Bar No. 14563
        8985 S. Eastern Ave., Suite 200
        Las Vegas, NV 89123
        Attorneys for Defendant
        LEACH LOGISTICS, INC.

**ORDER**

IT IS SO ORDERED.
Dated: May 28, 2024.

_____
UNITED STATES MAGISTRATE JUDGE