UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLANBIA NUTRITIONALS, INC, a foreign limited liability company,<br><br>　　　　　　　　Plaintiff,<br>v.<br>LEACH LOGISTICS INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-00428-ART-CLB<br>**ORDER GRANTING**<br>STIPULATION TO DISMISS ACTION WITH PREJUDICE FOLLOWING SETTLEMENT OF CASE |

**IT IS HEREBY STIPULATED** by and between Plaintiff Glanbia Nutritionals Inc., and Defendant Leach Logistics Inc., by and through their undersigned counsel of record, as follows:

1. The parties have executed a Settlement Agreement (attached hereto) to resolve this case.

2. The Defendant, Leach Logistics Inc., has continuing obligations under the settlement agreement.

3. Each party is to bear its own costs and fees.

4. The Parties jointly request that this case be dismissed with prejudice, pursuant to the settlement agreement, and under Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).

STIPULATION TO DISMISS ACTION WITH PREJUDICE
1

**IT IS SO STIPULATED**

CASTRONOVA LAW OFFICES P.C.

By: /s/ Stephen Castronova, Esq.
Stephen Castronova (SBN 7305)
605 Forest Street
Reno, Nevada 89509
Tel. 775-323-2646
sgc@castronovalaw.com

*Attorneys for Defendant*

HOLLAND & HART, LLP

By:/s/ S. Jordan Walsh, Esq.
S. Jordan Walsh (SBN 13481
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel. 775-327-3000
sjwalsh@hollandhart.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: September 10, 2024

STIPULATION TO DISMISS ACTION WITH PREJUDICE
2